UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    **Jerome D Wenszell**
    **Susan A Wenszell**

Case No.  **19-24890**

Chapter 13

Debtor(s).

# NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

    **Jerome D Wenszell** and **Susan A Wenszell** (*Debtor*) filed papers with the Court requesting amendment of the unconfirmed Chapter 13 Plan in the above case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to confirm the amended plan as proposed, or if you want the Court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must::

    File with the Court a written request for hearing that contains a short and plain statement of the factual and legal basis for the objection. File your written request electronically or mail it to:

        Clerk of Bankruptcy Court
        517 E. Wisconsin Avenue
        Room 126
        Milwaukee, WI 53202-4581

    If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the expiration of 21 days.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and enter an order confirming the amended Chapter 13 plan.

David G. Kingstad 1011206
Kingstad Law Firm, LLC
4811 South 76th Street, Suite 410
Greenfield, WI 53220
414-281-5500
dkingstad@kingstadlaw.com

1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 19-24890-kmp     Doc 111     Filed 03/30/21     Page 1 of 6

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with amendment. Designate one of the following:

    ☑ A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors, or
    ☐ A motion requesting limited service is being filed simultaneously with the Court.

3. The Chapter 13 Plan filed with the Court is amended as follows:

    **2.1** Increase Plan payment from $103.56 per month for 36 months to $1,435.00 per month for 60 months from confirmation.

    **3.1** Add pre-petition mortgage arrears of FCI Lender Services (claim #19) of $49,375.20.

    Add Supplemental claim of FCI Lender Services (claim #21) of $26,250.57.

    Add Notice of Post-Petition Fees for Kirkland Financial c/o FCI Lender Services (claim #19) of $708.00.

    **3.2** Reduce amount paid to City of Milwaukee - City Treasurer (claim #1) of to $0.00 based on amended claim #1-2;

    **4.4** Wisconsin Department of Revenue (claim #20) priority unsecured amount will be paid by debtors outside of the Plan pursuant to Stipulation reached between debtors and Wisconsin Department of Revenue on January 29, 2021.

    **5.1** Wisconsin Department of Revenue (claim #20) nonpriority unsecured amount will be treated pursuant to Stipulation reached between debtors and Wisconsin Department of Revenue on January 29, 2021.

    **8.1** Remove MMM Program as debtors were not approved for a loan modification.

All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

WHEREFORE, each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

**CERTIFICATION**

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification.

**The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted March 30, 2021.

| /s/ | /s/ |
|---|---|
| **Jerome D Wenszell** | **Susan A Wenszell** |
| Debtor | Debtor |

/s/ **David G. Kingstad**
**David G. Kingstad 1011206**
Attorney for Debtor
**Kingstad Law Firm, LLC**
**4811 South 76th Street, Suite 410**
**Greenfield, WI 53220**
**414-281-5500**
**dkingstad@kingstadlaw.com**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Jerome D Wenszell and
Susan A Wenszell,
Debtors.

Chapter 13
Case No. 19-24890-KMP

### AFFIDAVIT OF SERVICE

STATE OF WISCONSIN )
) ss.
MILWAUKEE COUNTY )

The undersigned, being first duly sworn on oath, states that she is employed by KINGSTAD LAW FIRM, LLC, as a Paralegal, and that on March 30, 2021, she served a copy of a Notice and Request to Amended Unconfirmed Chapter 13 Plan, on the following:

U.S. Trustee
U.S. Courthouse
(CM/ECF)

Attorney Scott Lieske
Chapter 13 Trustee
(CM/ECF)

Exhibit "A" all creditors
(First Class Mail)

Dated this 30th day of March, 2021.

_/s/_____
Tera D. Eli

Subscribed and sworn to before
me this 30th day of March, 2021.

_/s/_____
David G. Kingstad
Notary Public, State of Wisconsin
My commission is permanent.

Prepared by:
Attorney David G. Kingstad
Kingstad Law Firm, LLC
4811 South 76th Street, Suite 410
Greenfield, WI 53220
(414) 281-5500
FAX (414) 281-5444
e-mail: dkingstad@kingstadlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 19-24890-kmp<br>Eastern District of Wisconsin<br>Milwaukee<br>Tue Mar 30 10:12:14 CDT 2021 | State of WI, Dept of Revenue<br>2135 Rimrock Road<br>P.O. Box 8907<br>Madison, WI 53708-8907 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Bayview Loan Servicing<br>4425 Ponce De Leon Blvd. 5th Fl<br>Coral Gables, FL 33146-1873 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cash Central/DFS<br>6785 Bobcat Way<br>Dublin, OH 43016-1443 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi Cards<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 | City of Milwaukee<br>Kohn Law Firm, S.C.<br>735 N. Water Street<br>Milwaukee, WI 53202-4100 |
| City of Milwaukee - City Treasurer<br>200 East Wells Street<br>Milwaukee, WI 53202-3599 | Comenity Bank/Venus Credit<br>PO Box 182789<br>Columbus, OH 43218-2789 | Comenity Bank/Victoria's Secret<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | GRADY HEALTH SYSTEM<br>C/O NATIONWIDE RECOVERY SERVICE<br>PO BOX 2005<br>CLEVELAND, TN 37320-2005 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>JPMCc/o National Bankruptcy Services,LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kirkland Financial LLC<br>3000 Business Park Circle, Suite 500<br>Goodlettsville, TN 37072-3186 | Kirkland Financial LLC<br>c/o FCI Lender Services, Inc.<br>8180 E Kaiser Blvd<br>Anaheim, CA 92808-2277 |
| Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>P.O. Box 1269<br>Greenville, SC 29602-1269 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Land Home Financial Services LLC<br>3611 South Harbor Blvd. Ste 100<br>Santa Ana, CA 92704-7915 | Limosa LLC<br>2003 Western Ave. Ste 340<br>Seattle, WA 98121-2162 | NCA<br>P.O. Box 550<br>Hutchinson, KS 67504-0550 |
| National Credit Adjusters, LLC<br>PO Box 3023<br>Attn: Bankruptcy Department<br>Hutchinson, KS 67504-3023 | Nationwide Recovery Servicing<br>515 W. Inman St<br>Cleveland, TN 37311 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |

| | | |
|---|---|---|
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (p)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Randall S. Miller & Associates, LLC<br>120 North LaSalle Street, Ste 1140<br>Chicago, IL 60602-2426 | SYNCB/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Tea Olive, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| The Home Depot<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | David G. Kingstad<br>Kingstad Law Firm, LLC<br>4811 South 76th Street<br>Suite 410<br>Greenfield, WI 53220-4352 |
| Jerome D. Wenszell<br>228 North 72nd Street<br>Milwaukee, WI 53213-3752 | Scott Lieske<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 | Susan A Wenszell<br>228 North 72nd Street<br>Milwaukee, WI 53213-3752 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Card<br>PO Box 15369<br>Wilmington, DE 19850 | Plaza Services<br>110 Hammond Drive<br>Atlanta, GA 30328 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Kirkland Financial LLC | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     2<br>Total                  43 |